Jared T. Walker (SB#269029)
5750 Sunrise Blvd., suite 130
Citrus Heights, CA 95610
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com

Attorney for Plaintiff,
SHON M. MELLOW

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHON M. MELLOW,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Deputy Commissioner of Operations for the<br>Social Security Administration,<br><br>    Defendant. | Case No.: 2:18-cv-01262-AC<br><br>STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended forty-five (45) days, from the original deadline, such that Plaintiff's new deadline, with the Court's approval, will be December 14, 2018. This is Plaintiff's first request for an extension of time. Plaintiff's counsel has been unable to prepare Plaintiff's opening brief in accordance with the current scheduling order due to recently associating in a complex state court matter proceeding to a multi-week jury trial on November 13, 2018, as well as the exceptionally long administrative record in this case which exceeds 4,000 pages. With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: November 2, 2018                    Respectfully submitted,


                                           /s/ *JARED WALKER*
                                           Jared T. Walker,
                                           Attorney for Plaintiff

---

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF

SO STIPULATED:

                                MCGREGOR W. SCOTT
                                United States Attorney

Dated: November 2, 2018    By:   /s/ *Ben A. Porter
                                        (*authorized by email on 11/02/2018)
                                        Ben A. Porter
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated: November 2, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE