UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHON M. MELLOW,<br><br>             Plaintiff,<br><br>     v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>             Defendant. | No.  2:18-cv-01262 AC<br><br><br><br>ORDER |

Pursuant to the Mandate of the Ninth Circuit Court of Appeals (ECF No. 22), the undersigned REVERSES the decision of the Commissioner of the Social Security Administration and REMANDS this case for further administrative proceedings consistent with the Ninth Circuit's Memorandum, pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk of Court is instructed to enter judgment in favor of plaintiff[1] and close this case.

  IT IS SO ORDERED.

DATED: February 2, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1]  Entry of judgment at this juncture is consistent with Shalala v. Schaefer, 509 U.S. 292, 296-97 (1993).